UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD A. HULS,

       Plaintiff,                      Case No. 1:07-CV-748

v.                                        Hon. Gordon J. Quist

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

       Defendant.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on April 7, 2008. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed April 7, 2008, is approved and adopted as the opinion of the court. Plaintiff's application for attorney fees and costs (docket no. 15) in the amount of $3,685.00 is **GRANTED**.

Dated: May 1, 2008                                         /s/ Gordon J. Quist
                                                             GORDON J. QUIST
                                               UNITED STATES DISTRICT JUDGE