UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD A. HULS,

        Plaintiff,                                   Case No. 1:07-CV-748

v.                                               Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
                                 /

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was filed on March 13, 2012. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed March 13, 2012 (docket no. 26), is approved and **adopted** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion for Attorney Fees (docket no. 24) is **GRANTED** in the amount of **$10,250.00**.


Dated: April 9, 2012                                                /s/ Gordon J. Quist
                                                                           GORDON J. QUIST
                                                          UNITED STATES DISTRICT JUDGE